(No. 5738—Claimant ▮)

ADDRESSOGRAPH MULTIGRAPH CORPORATION, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH,
Respondent.

*Opinion filed August 6, 1973.*

ADDRESSOGRAPH MULTIGRAPH CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.